# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE STURM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GLEN McFADDEN RASMUSSEN, et al., <br><br> Defendants. | Case No.: 18-CV-1689 W (MSB) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 42]** |

The parties have filed a joint motion to dismiss. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 42] and **DISMISSES** this case **WITH PREJUDICE**, each side to bear his, her or its own costs.

**IT IS SO ORDERED**.

Dated: November 1, 2019

Hon. Thomas J. Whelan
United States District Judge

1

18-CV-1689 W (MSB)